```
                 UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

CATHERINE LUDLOW,

        Plaintiff,

v.                                Case No.  8:14-cv-3098-T-33EAJ

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security Administration,

        Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Elizabeth A. Jenkins's Report and Recommendation (Doc. # 23), filed on October 23, 2015, recommending that the decision of the Commissioner of Social Security denying Social Security benefits be affirmed.  On November 6, 2015, Plaintiff filed an Objection to the Report and Recommendation. (Doc. # 24).  The Government elected not to file a response to the Objection.  For the reasons that follow, the Court adopts the Report and Recommendation of the Magistrate Judge.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and

recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).

In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

Upon due consideration of the record, including Judge Jenkins's Report and Recommendation as well as Plaintiff's Objection thereto, the Court overrules the Objection, adopts the Report and Recommendation, and affirms the Commissioner's decision. The Court agrees with Judge Jenkins's detailed and well-reasoned findings of fact and conclusions of law. The Report and Recommendation thoughtfully addresses the issues presented, and the Objection does not provide a basis for rejecting the Report and Recommendation.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 23) is **ACCEPTED** and **ADOPTED.**

(2) The decision of the Commissioner of Social Security denying benefits is **AFFIRMED.**

(3) The Clerk is directed to enter a Judgment in favor of the Commissioner reflecting that the Commissioner's decision denying benefits is affirmed. Thereafter, the Clerk is directed to **CLOSE THE CASE.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>24th</u> day of November, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: counsel of record

3